UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on August 14, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

  JOSE G. VASQUEZ

Case No.:  25-15763JKS

Hearing Date:  8/14/2025

Judge:  JOHN K. SHERWOOD

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: August 14, 2025

Honorable John K. Sherwood
United States Bankruptcy Court

Case No.:  25-15763JKS

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

  THIS MATTER having been scheduled before the Court on 08/14/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor must be current through August 2025 to the Trustee by 8/28/2025 and said payment must be received and posted by the Trustee by 8/28/2024 or the case will be dismissed without further hearing or notice to debtor(s) and debtor's attorney.